**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ERIC VEAL**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Action No. 5:00-cv-461 (HL) |
| | : | |
| **VICTOR WALKER**, Warden, | : | |
| | : | |
| Respondent. | : | |

_____

## ORDER

Before the Court is Petitioner's Motion for Certificate of Appealability ("COA") under 28 U.S.C. § 2253(c).  Petitioner seeks to appeal the Court's August 16, 2005 Order (doc 28) denying Petitioner's Motion for Relief from Judgment under Rule 60(b)(4).

Under 28 U.S.C. § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right.  For the reasons stated in the Court's Order,  the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 24th day of August, 2005.


**s/   Hugh Lawson**
**HUGH LAWSON, JUDGE**

mh