IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ERIC VEAL**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Action No. 5:00-cv-461 (HL) |
| | : | |
| **VICTOR WALKER**, Warden, | : | |
| | : | |
| Respondent. | : | |

_____

### **ORDER**

Before the Court is Petitioner's motion to proceed *in forma pauperis* on appeal of this Court's August 16, 2005 Order (doc 28) denying Petitioner's Motion for Relief from Judgment under Rule 60(b)(4). Having denied Petitioner's application for a Certificate of Appealability the motion to proceed *in forma pauperis* is hereby **DENIED AS MOOT**.

**SO ORDERED**, this 26th day of September, 2005.


                                                                                 **s/   Hugh Lawson**
                                                                                 **HUGH LAWSON, JUDGE**

mh